# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVE SAFRAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED HEALTH PRODUCTS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00158-JAD-CWH<br><br>**ORDER** |

This matter is before the court on the parties' proposed discovery plan and scheduling order (ECF No. 47) filed on May 14, 2018. The proposed order does not comply with the requirements of Local Rule 26-1.

Pursuant to Local Rule 26-1, "[u]nless the court orders otherwise, discovery periods longer than 180 days from the date the first defendant answers or appears will require special scheduling review." LR 26-1(b)(1). Discovery plans requesting special scheduling review must include "a statement of the reasons why longer or different time periods should apply to the case . . . ." LR 26-1(a). The proposed scheduling order (ECF No. 47) requests 210 days to conduct discovery, but does not provide a reason for the extended time period.

**IT IS HEREBY ORDERED** that the parties' Discovery Plan and Scheduling Order (ECF No. 47) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the parties must file a revised discovery plan and scheduling order in compliance with LR 26-1, including any request for special scheduling review, by May 29, 2018.

DATED: May 22, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE