Edward Cerasia II, Esq.
CERASIA & DEL REY-CONE, LLP
150 Broadway, Suite 1517
New York, NY 10038
(646) 525-4231
Counsel Admitted Pro Hac Vice
For Plaintiff/Counter Defendant
STEVEN SAFRAN

Patrick N. Chapin, Esq.
PATRICK N. CHAPIN, LTD.
Nevada Bar No. 004946
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295 phone
(702) 403-1919 fax
Local Counsel for Plaintiff/Counter Defendant
STEVEN SAFRAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN SAFRAN, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED HEALTH PRODUCTS, INC. and DOUGLAS BEPLATE, <br><br> Defendants. | Case No. 2:18-cv-00158 <br><br> **MOTION AND PROPOSED ORDER TO WITHDRAWAL AS COUNSEL OF RECORD (ALISON L. TOMASCO, ESQ.)** |
| UNITED HEALTH PRODUCTS, INC. and DOUGLAS BEPLATE, <br><br> Counter Claimants, <br><br> vs. <br><br> STEVEN SAFRAN, <br><br> Counter Defendant. | |

/ / /

/ / /

1

COMES NOW, Patrick N. Chapin, Esq., Nevada Counsel of Record for Plaintiff/ Counter Defendant Steven Safran ("Safran"), and respectfully moves this Court for an Order permitting New York Counsel, Alison L. Tomasco, Esq., to withdraw as counsel of record, pursuant to LR IA 11-6.

This Motion is supported by the following Points and Authorities, the Declaration of Alison L. Tomasco, Esq. attached hereto, and any oral argument that may be allowed at hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

Alison Tomasco, Esq. is one of two New York attorneys of record for Plaintiff/ Counter Defendant Safran in the above-entitled matter. This case was transferred from the U.S. District Court, Southern District of New York, to this Court on January 29, 2018. Ms. Tomasco does not intend to make a court appearance or appear at depositions in this case. In the event these circumstances change, Ms. Tomasco will seek the appropriate order of pro hac vice admittance from this Court.

Local Rule IA 11-6 (b) provides that "No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." Safran, by and through his New York counsel admitted pro hac vice, will receive notice of this Motion to Withdraw. Opposing counsel will receive notice via the CM/ECF e-filing system pursuant to the Certificate of Service attached hereto.

Additionally, Local Rule IA 11-6 (e) provides that "Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." Here, no delay will result from Ms. Tomasco's withdrawal because Safran is represented by Edward Cerasia II, Esq. and Patrick N. Chapin, Esq., having previously appeared before this Court. Ms. Tomasco's withdrawal will not prejudice either party or delay any proceeding in this matter.

/ / /

/ / /

/ / /

/ / /

2

PATRICK N. CHAPIN, LTD.
129 Cassia Way, Henderson, NV 89014
Telephone: (702) 433-7295  Facsimile: (702) 403-1919

## CONCLUSION

For the reasons set forth above, Alison L. Tomasco, Esq., by and through local counsel, Patrick N. Chapin, respectfully moves this Court for an Order approving the withdrawal of Ms. Tomasco as a representing attorney for Plaintiff/Counter Defendant Steven Safran in the instant matter.

DATED this 31st day of May, 2018.

Respectfully submitted,

PATRICK N. CHAPIN, LTD.

_____
PATRICK N. CHAPIN, ESQ.
Nevada Bar No. 004946
129 Cassia Way
Henderson, Nevada 89014
Attorney for Plaintiff/Counter Defendant
STEVEN SAFRAN

## ORDER

**IT IS SO ORDERED** this  1  day of  June , 2018.

_____
U.S. MAGISTRATE JUDGE

**Edward Cerasia II, Esq.**
CERASIA & DEL REY-CONE, LLP
150 Broadway, Suite 1517
New York, NY 10038
(646) 525-4231
Counsel Admitted Pro Hac Vice
For Plaintiff/Counter Defendant
STEVEN SAFRAN

**Patrick N. Chapin, Esq.**
PATRICK N. CHAPIN, LTD.
Nevada Bar No. 004946
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295 phone
(702) 403-1919 fax
Local Counsel for Plaintiff/Counter Defendant
STEVEN SAFRAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN SAFRAN,<br><br>               Plaintiff,<br>vs.<br><br>UNITED HEALTH PRODUCTS, INC. and DOUGLAS BEPLATE,<br><br>               Defendants. | Case No. 2:18-cv-00158<br><br>**DECLARATION OF ALISON L. TOMASCO, ESQ. IN SUPPORT OF MOTION TO WITHDRAWAL AS COUNSEL OF RECORD** |
| UNITED HEALTH PRODUCTS, INC. and DOUGLAS BEPLATE,<br><br>               Counter Claimants,<br>vs.<br><br>STEVEN SAFRAN,<br><br>               Counter Defendant. | |

I, Alison L. Tomasco, Esq., under penalty of perjury under the laws of the United States of America and the State of New York, declare and state as follows:

PATRICK N. CHAPIN, LTD.
129 Cassia Way, Henderson, NV 89014
Telephone: (702) 433-7295   Facsimile: (702) 403-1919

1. I am an Attorney admitted to practice in all courts of the State of New York. Unless otherwise stated, this Declaration is based on my personal knowledge. I make this declaration in support of the Motion to Withdraw as Counsel of Record. Prior to the instant case being transferred to Nevada, I was one of the attorneys at Cerasia & Del Rey-Cone LLP representing Plaintiff/Counter Defendant Steven Safran.

2. Since the transfer of the case to Nevada, I will not be appearing in Court or at depositions in this case on behalf of Mr. Safran. Mr. Cerasia, along with Nevada Counsel Patrick N. Chapin, will be counsel for all matters before this Court.

3. Steven Safran has been provided notice of this Motion to Withdraw by and through Mr. Cerasia. Opposing counsel will receive notice via the CM/ECF e-filing system pursuant to the Certificate of Service attached hereto

Dated this 31st day of May, 2018.

ALISON L. TOMASCO, ESQ.

*/s/ Alison Tomasco*

CERASIA & DEL REY-CONE, LLP
150 Broadway, Suite 1517
New York, NY 10038
(646) 525-4231
New York Counsel of Record for
Plaintiff/Counter Defendant Steven Safran

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of May, 2018, I served a copy of the foregoing **MOTION AND PROPOSED ORDER TO WITHDRAWAL AS COUNSEL OF RECORD** and the **DECLARATION OF ALISON L. TOMASCO, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** by electronic service to the following:

Steven Safran
c/o Edward Cerasia II, Esq.
CERASIA & DEL REY-CONE, LLP
150 Broadway, Suite 1517
New York, NY 10038
(646) 525-4231
ed@cdemploymentlaw.com
Plaintiff/Counter Defendant

Howard Robert Birnbach, Esq.
111 Great Neck Road, Suite 205
Great Neck, NY 11021
hrbatlaw@aol.com
Attorney for Defendants/Counter Claimants
United Health Products, Inc. and Douglas Beplate

Frank H Cofer, III, Esq.
Cofer & Geller, LLC
601 South Tenth Street
Las Vegas, NV 89101
fcofer@cofergeller.com
Local Counsel for Defendants/Counter Claimants
United Health Products, Inc. and Douglas Beplate

_/s/ Cheri L. Berryman_
An Employee of Patrick N. Chapin, Ltd.