Frank H. Cofer III
Nevada Bar No. 11362
COFER & GELLER, LLC
601 South Tenth Street
Las Vegas, NV 89101
707-777-9999 phone
702-777-9995 fax
fcofer@cofergeller.com
Local Counsel for Defendants/
Counter Claimants United Health
Products, Inc. and Douglas Beplate

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN SAFRAN,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED HEALTH PRODUCTS, INC. and DOUGLAS BEPLATE,<br><br>       Defendants. | Case No. 2:18-cv-00158-JAD-NJK<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE** |

COME NOW the parties, by and through their attorneys of record, and hereby stipulate and request that the settlement conference currently set for **1:00 p.m. on June 2, 2021** be vacated and/or canceled.

The Court's Order of May 5, 2021 provided that "[a]ny request to change the date of the settlement conference must be […] filed within 14 days of the issuance of this order[] […] and must include at least five alternate dates[.]"

Although this stipulation is several days outside the window provided by the Order for changing the date of the conference, it has recently become clear to the parties that further negotiation will be fruitless and that the case will not be settled. Over the past month, the parties have exchanged settlement proposals, but have been unable to reach an agreement and

do not believe they will do so.  For this reason, no alternative dates for a settlement conference are sought. Further, because the parties, after discussion, are convinced that any settlement conference will be fruitless, it is in the interest of judicial economy, and in the interest of saving litigation and travel expenses for the parties, for this Court to vacate and/or cancel the currently-scheduled settlement conference.

THEREFORE, the parties respectfully request that this Court vacate and/or cancel the settlement conference currently scheduled for 1:00 p.m. on June 2, 2021.

| Dated this 2nd day of June, 2021. | Dated this 2nd day of June, 2021. |
|---|---|
| CERASIA & DEL REY-CONE LLP | HOWARD R. BIRNBACH LAW OFFICE |
| s/ Edward Cerasia II<br>Edward Cerasia II, Esq.<br>150 Broadway, Suite 1517<br>New York, NY 10038<br>(646) 525-4231<br>New York Counsel Admitted Pro Hac Vice<br>For Plaintiff/Counter Defendant<br>Steven Safran | /s/Howard R. Birnbach<br>Howard Robert Birnbach, Esq.<br>111 Great Neck Road, Suite 205<br>Great Neck, NY 11021<br>(516) 829-6305<br>New York Counsel for Defendants/<br>Counter Claimants United Health<br>Products, Inc. and Douglas Beplate |
| Patrick N. Chapin, Esq.<br>Nevada Bar No. 4946<br>129 Cassia Way<br>Henderson, NV 89014<br>Local Counsel for Plaintiff/Counter<br>Defendant<br>Steven Safran | Frank H. Cofer, III, Esq.<br>Nevada Bar No. 11362<br>601 South Tenth Street<br>Las Vegas, NV 89101<br>Local Counsel for Defendants/<br>Counter Claimants United Health<br>Products, Inc. and Douglas Beplate |

**O R D E R**

**IT IS SO ORDERED** this  3rd    day of June, 2021.

_____
U.S. MAGISTRATE JUDGE