HOWARD R. BIRNBACH, ESQ.
New York Bar #116898 (admitted pro hac vice)
111 Great Neck Road, Suite 205
Great Neck, New York 11021
(516) 829-6305
(516) 829-0651 (fax)
hrbatlaw@aol.com
*Attorney for Defendants/Counter Claimants*

FRANK H. COFER III, ESQ.
Nevada Bar No. 11362
COFER & GELLER, LLC
601 South Tenth Street
Las Vegas, Nevada 89101
(702) 777-9999
(702) 777-9995 (fax)
fcofer@cofergeller.com
*Local Counsel for Defendants/Counter Claimants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN SAFRAN,<br><br>　　　　Plaintiff,<br>vs.<br><br>UNITED HEALTH PRODUCTS, INC. and DOUGLAS BEPLATE,<br><br>　　　　Defendants. | Case No. 2:18-cv-00158-JAD-NJK<br><br>**FIRST STIPULATION TO VACATE OR CONTINUE TRIAL DATE**<br><br>ECF No. 89 |

　　　　Pursuant to LR IA 6-1, the parties, by and through their attorneys of record, hereby stipulate and request that the trial date originally set for August 10, 2021 be vacated and/or continued. This is the first request for a continuance in this case. This request is being made because the parties have signed a Settlement Agreement. The parties will file a Stipulation and Order of Dismissal on or by August 15, 2021, which is the date on which the first payments shall be made under the terms of the Settlement Agreement.

1

| | |
|---|---|
| Dated this 27th day of July, 2021. | Dated this 27th day of July, 2021. |
| CERASIA & DEL REY-CONE LLP | HOWARD R. BIRNBACH LAW OFFICE |
|   s/ Edward Cerasia II<br>Edward Cerasia II, Esq.<br>150 Broadway, Suite 1517<br>New York, NY 10038<br>(646) 525-4231<br>*Admitted Pro Hac Vice*<br>*For Plaintiff/Counter Defendant* |   s/ Howard R. Birnbach<br>Howard Robert Birnbach, Esq.<br>111 Great Neck Road, Suite 205<br>Great Neck, NY 11021<br>(516) 829-6305<br>*Admitted Pro Hac Vice*<br>*For Defendants/Counter Claimants* |
| Patrick N. Chapin, Esq.<br>Nevada Bar No. 4946<br>129 Cassia Way<br>Henderson, NV 89014<br>*Local Counsel*<br>*for Plaintiff/Counter Defendant* |   s/ Frank Cofer<br>Frank H. Cofer, III, Esq.<br>Nevada Bar No. 11362<br>601 South Tenth Street<br>Las Vegas, NV 89101<br>*Local Counsel for Defendants/*<br>*Counter Claimants* |

**O R D E R**

Based on the parties' stipulation [89] and with good cause appearing, IT IS HEREBY ORDERED that the trial date and all related scheduled hearings are VACATED. The parties must file their stipulated dismissal by August 16, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 28, 2021